I. Complaint

United States District Court for
The Middle District of Georgia

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2014 JAN 27 AM 11:09
DEPUTY CLERK

Jazid Jackson 1301577      3:14-cv-12

V                                    Complaint

GDC/Georgia Department of Corrections,
The State of GA., Brian Owens commissioner of GA.,
Nathan Deal Governor of GA., Telfair Prison/officials
all staff/administration/wardens, Cpts, Lts, Unit Managers,
counselors, and nurses of Telfair Prison that were
notified and aware of [Plaintiff's/my] medical needs and violated Plaintiff's
rights. Macon State Prison officials including
Warden [Gregory McLaughlin] (Defendant) (He is legally responsible for the
operation of Macon State Prison and for the welfare of all
the inmates in that prison.), [Captin Sales] (Defendant) is a captin of
the Georgia Department of Corrections who at all times
mentioned in this complaint held the rank of captin and
was assigned to Macon State Prison, [Don Blakely] (Defendant)
is the Deputy Warden of Macon State Prison,
Defendant Mr. McIntyre is the Unit Manager of Macon State Prison,
Defendant Bobbit Trevonza is the Unit Manager of Macon State Prison,
unknown group of officers of MSP, Unknown group of nurses of MSP,
unknown group of cert team members of MSP, unknown group
of counselors/Administration of MSP
Each defendant is sued individually and in their official
capacity. At all times mentioned in this complaint each
defendant acted under the color of state law.

## II. Jurisdiction and Venue

This is a civil action authorized by 42 U.S.C. section 1983 to redress the deprivation, under color of state law, of rights secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

III. Facts

1. Between the months of October 2012 through January 2014 Plaintiff was transferred to a number of Prisons in Georgia. During the time period stated above Plaintiff became sick and diagnosed with a illness that requires special treatment.

2. Every since Plaintiff was diagnosed with a illness every Prison in the State of GA including all Prison nurses, Prison officials, Administration, and staff have deliberately denied Plaintiff adequate medical treatment and have left Plaintiff to suffer in violation of the 14th, and 8th Amendments of the Georgia and United States Constitution.

3. At the time that Plaintiff became ill the defendants State of GA., TelFair Prison officials and all their Staff and nurses were aware of Plaintiff's needs for Immediate medical treatment but deliberately knowingly forced Plaintiff to suffer by denying him adequate medical treatment and refused to send him to the proper Facility or hospital to receive adequate medical treatment and then transfered Plaintiff to another prison in retaliation after Plaintiff made complaints to all TelFair Prison officials/staff/nurses Administration and wardens in violation of the 14th and 8th Amends of G.A.C. and U.S.C.

4. Plaintiff was transferred to Macon State Prison in retaliation and was left to suffer from illness without adequate medical treatment in violation of 14th & 8th Amends.

5. Plaintiff has also notified all Prison Officials, Administration and staff of Macon State Prison of his [Emergency] Medical needs but have been deliberately denied adequate medical treatment in violation of 14th and 8th Amends.

6. The defendants, The State of Georgia, GDC, Warden Gregory McLaughlin of Macon State Prison, Deputy Warden of Security Don Blakely of Macon State Prison, ~~Hearing officer Don Blakely of Macon State Prison~~ Unit Manager Bobbit Trevonza of Macon State Prison, Unknown group of Nurses of Macon State Prison, Captin Sales of Macon State Prison, unknown group of cert team members of Macon State Prison, unknown group of counselors/Administration of Macon State Prison, unknown group of officers of Macon State Prison were all notified and aware of Plaintiff's medical needs, all of these defendants came in contact with Plaintiff and was notified by Plaintiff of his Emergency needs but deliberately denied Plaintiff's Emergency requests for help/medical treatment and left Plaintiff to suffer in violation of the 14th & 8th Amends.

7. All of the defendants listed above from Macon State Prison/Macon State have also violated/deprived Plaintiff of G.A.C. and U.S.C. rights by also conspiring to deprive Plaintiff of Due Process by refusing to respond to all Plaintiff's grievances and by refusing to supply/provide Plaintiff with any more grievance forms inorder to stop Plaintiff from making complaints and inorder to conceal the ongoing crime(s)/conspiracy that the defendants are committing against Plaintiff and inorder to conceal the fact that the defendants have and are continuing to violate/deprive Plaintiff's rights thereby illegally hindering Plaintiff from exercising his constitutional rights by deliberately depriving him access to the grievance forms and by refusing to respond to his grievances and illicitly throwing his grievances away and by forcing Plaintiff to stay in 24hr Isolation against his will in retaliation for his complaints and by refusing to allow Plaintiff to use any phone to call Family or anyone for help and by deliberately denying him adequate medical treatment and deliberately continuing to cause him pain and suffering without medical treatment inviolation of the 14th and 8th Amendments of the G.A.C. and U.S.C. The defendants have been repeatedly notified by Plaintiff and are totally aware of these violations but have deliberately continued to violate Plaintiff's Federal Rights.

8. Therefore Plaintiff blames all defendants involved (directly and indirectly) for depriving Plaintiff of his U.S.C. rights by committing the acts stated in this claim/complaint in violation of the 14th, and 8th Amends, and in violation of USCA 42§1983

All The acts stated in this complaint that were committed by All the defendants involve constitute cruel and unusual punishment and deliberate indifference violations/inviolation of the 14th&8th Amends

Plaintiff reallege and incorporate by reference paragraphs 1-8

The deliberate indifference to medical needs; retaliation/Punishment/Transfere/24hr lockdown in Isolation with no phone or no recreation have violated Plaintiff's 14th and 8th Amends and constitute cruel and unusual punishment, due process violations of the GAC and United States Constitution.

The Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparbly injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

IV. TRO/Temporary Restraining Order / Preliminary Injunction

RE: Imminent Injury, Ongoing harm, Ongoing deprivation of Constitutional Rights, Emergency Situation

1. This Injunction has been requested/written by the Plaintiff inorder to stop the defendants from continuing to deliberately violate Plaintiff's rights and to stop the defendants from deliberately harming Plaintiff by deliberately denying Plaintiff adequate medical treatment while being aware of Plaintiff's urgent medical needs thereby deliberately leaving/forcing Plaintiff to suffer inhuman treatment inviolation of the 14th and 8th Amends of the G.A.C. and U.S.C.

2. Money damages cannot fix the harm that Plaintiff has suffered and is still continuing to suffer by all defendants involved.

3. Plaintiff has repeatedly requested Immediate medical treatment from all the defendants involved but has been denied by all defendants involved inviolation of the Federal and Georgia rights of the 14th and 8th Amendments of the G.A.C. and U.S.C.

4. Plaintiff has been in extreme pain and still continues to be in extreme pain and needs

Urgent medical treatment Immediately.

5. It is imperative that the defendants stop deliberately violating Plaintiff's rights and Provide Plaintiff adequate medical treatment Immediately, or in the alternative transfer Plaintiff to proper Facility that can provide Plaintiff with adequate medical treatment or send Plaintiff to a hospital that can help Plaintiff.

6. The defendants have been notified and are aware of Plaintiff's issues and have clearly disregarded/ignored Plaintiff's urgent medical needs and have continued to deprive Plaintiff of his Federal Constitutional rights 14th and 8th Amends and continue to Force Plaintiff to suffer.

7. Therefore Plaintiff Respectfully asks the Honorable Court to order the defendants and all involved to stop Violating Plaintiff's rights and to Grant Plaintiff Injunctive Relief, Perliminary Permanent Injunctive Relief, and TRO/Temporary Restraining Order. And also order the defendants to stop Retaliating against Plaintiff with unlawfull illegal Acts/harassment.

8. Plaintiff also seeks compensatory damages from all defendants involved (indirectly and directly) in their individual and official capacities for $1 Million dollars a piece/each for Future and Past Pain and Suffering, emotional and mental damage, All Attorney Fees included\Plaintiff's costs in this suit.

9. Plaintiff also seeks punitive damages from all defendants involved (directly and indirectly) in their individual and official capacities for $1 million dollars A piece/each for past and future Pain and suffering, emotional and mental damage All Attorney Fees included\Plaintiff's costs in this suit.

10. Plaintiff also seeks nominal damages from all defendants involved (directly and indirectly) in their individual and official capacities for $250,000.00/two hundred and fifty thousand dollars a piece/each for Pain and suffering emotional and mental damages, All Attorney Fees included\Plaintiff's costs in this suit.

11. Plaintiff also states that if Plaintiff is forced to wait until after using prison grievance system to sue/seek help, Plaintiff will be irreparably harmed and will be forced to suffer ongoing pain and ongoing deprivation of constitutional rights of the United States of America.

12. Therefore Plaintiff Respectfully seeks All requested Injunctive Relief and TRO Pursuant to Rule 65 of the Federal Rules of Civil Procedure including any other additional Relief that the Honorable Court sees Fit For Plaintiff to receive.

13. Plaintiff respectfully prays that this court enter judgment granting plaintiff A Jury trial on all issues triable by jury, A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States, order the defendants and all involved to stop depriving Plaintiff's rights by depriving him of Medical treatment and keeping him in 24hr Isolation while he is sick and denying him access to a phone and recreation and grievance forms. (which is also leaving Plaintiff with no contact to his Family.)

Written By: Jazid Jackson #1301577