IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAZID JACKSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-37 (MTT) |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is the Order and Recommendation of Magistrate Judge Stephen Hyles (Doc. 4) on the Plaintiff's complaint (Doc. 1). In addition to ordering the Plaintiff to recast his complaint and either pay the filing fee or move for leave to proceed without paying the fee, the Magistrate Judge recommends denying the Plaintiff's motion for a temporary restraining order or preliminary injunction embedded in his current complaint.[1] (Doc. 1 at 7). The Plaintiff has not objected to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's motion for a temporary restraining order or preliminary injunction contained in his complaint (Doc. 1 at 7) is **DENIED**.

**SO ORDERED**, this 25th day of March, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Plaintiff has since filed a separate motion for a temporary restraining order or preliminary injunction (Doc. 7). This Order does not address that motion.